No. 78–1014. UNITED STATES v. KUBRICK. C. A. 3d Cir. Certiorari granted. Reported below: 581 F. 2d 1092.

No. 77–1819. VAUGHN ET AL. v. VERMILION CORP. Ct. App. La., 3d Cir. Certiorari granted and case set for oral argument with No. 78–738, *Kaiser Aetna* v. *United States,* immediately *infra.*

No. 78–738. KAISER AETNA ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari granted and case set for oral argument with No. 77–1819, *Vaughn* v. *Vermilion Corp.,* immediately *supra.*

No. 78–857. NATIONAL LABOR RELATIONS BOARD v. YESHIVA UNIVERSITY; and

No. 78–997. YESHIVA UNIVERSITY FACULTY ASSN. v. YESHIVA UNIVERSITY. C. A. 2d Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 582 F. 2d 686.

No. 78–911. INDUSTRIAL UNION DEPARTMENT, AFL–CIO v. AMERICAN PETROLEUM INSTITUTE ET AL.; and

No. 78–1036. MARSHALL, SECRETARY OF LABOR v. AMERICAN PETROLEUM INSTITUTE ET AL. C. A. 5th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 581 F. 2d 493.

No. 78–253. ESTES ET AL. v. METROPOLITAN BRANCHES OF THE DALLAS NAACP ET AL.;

No. 78–282. CURRY ET AL. v. METROPOLITAN BRANCHES OF THE DALLAS NAACP ET AL.; and

No. 78–283. BRINEGAR ET AL. v. METROPOLITAN BRANCHES OF THE DALLAS NAACP ET AL. C. A. 5th Cir. Motion of respondents Tasby et al. for leave to proceed *in forma pauperis* in No. 78–253 granted. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and these petitions. Reported below: 572 F. 2d 1010.